# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Ryan Mitchell

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Lt Chavier Garcia, Cook County D.O.C Jail Sheriff John Doe, Thomas J. Dart

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**RECEIVED**
MAY 27 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 1:16-CV-4786
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Ryan Mitchell
   B. List all aliases: N/A
   C. Prisoner identification number: 20150412195
   D. Place of present confinement: Cook County Jail DOC
   E. Address: 2600 S. California P.O Box #089002 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Lt Chavier Garcia
      Title: Sheriff of Cook County
      Place of Employment: 704 Richard J. Daley Center Chicago, IL 60602

   B. Defendant: John Doe
      Title: Sheriff of Cook County
      Place of Employment: 704 Richard J. Daley center chicago, IL 60602

   C. Defendant: Thomas J. Dart
      Title: Sheriff of Cook County
      Place of Employment: 704 Richard J. Daley center chicago, IL 60602

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 1:16-CV-4786

B. Approximate date of filing lawsuit: April 29, 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ryan Mitchell

D. List all defendants: Lt Chavier Garcia, John Doe, Thomas J. Dart.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: Jorge L. Alonso, Mary M. Rowland

G. Basic claim made: Cruel and unusual punishment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): This case is still pending.

I. Approximate date of disposition: May 31, 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Friday march 11, 2016 Lt Chavier Garcia was yelling at all the detainees to take down all the sheets being used for the shower and bathroom area. The bathroom and shower room are in plain open view of the day Room, all the sheets that were being used to cover the shower and bathroom stalls being used only for shower and bowel movement was Removed. This deters me to shower, urinate and have bowel movement in front of 47 others detainees. Lt Chavier Garcia stated sheets are to be used for bedding only and that shower curtains have been ordered but they have not. On Wednesday march 16, 2016 I received a note in my shower bag from a detainee stating they are enjoying looking at certain parts of my body I am to embarrassed to state and I gave the note to the correction officer John Doe he laughed like it was a joke and said he would take care of it but nothing happen. This is the same principle why detainees can not

be made to strip in front of groups of others. We are mixed in with sex offenders, pedophiles and homosexuals and being put on display for their viewing pleasures. We are human beings and deserve to be treated with common decency. If we are not going to be allowed to make our own petition by hanging a sheet up then petitions need to be built, brought and provided by Cook County Sheriffs office.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Respectfully like to be Compensated for Cruel and unusual punishment I've suffered while living in Division 11 - Living unit DF and deserve to be treated with Common decency not like i am in a Third world Country with no morals, Compassion or Values.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22 day of May, 20 16

Ryan Mitchell
(Signature of plaintiff or plaintiffs)

Ryan mitchell
(Print name)

20150412195
(I.D. Number)

P.O Box 089002
Div 2 - Dorm 2 - S
Chicago, IL 60608
(Address)

6

Revised 9/2007